THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPHINE FAHR, Respondent, v. ST. MICHAEL'S HOME, Appellant.— Order affirmed, with

ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL LAWLESS, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ annulled, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.